**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| LIN KWOK KEUNG, | CASE NO: 1:19-cv-06919-VEC |
| Plaintiff, | **JOINT LETTER SUBMITTED PURSUANT TO INITIAL PRETRIAL CONFERENCE ORDER** |
| vs. | |
| SUPER TASTE NOODLE INC., a New York corporation, aka NEW SUPER TASTE INC, d/b/a SUPER TASTE, and GEORGE L. WONG, trustee, and FAITH WONG, trustee, | |
| Defendants. | |
| _____/ | |

Dear Judge Caproni,

      This letter is jointly submitted by the parties pursuant to your Order for an Initial Pre-trial Conference [D.E. 9], dated July 29, 2019. The Initial Pre-trial Conference is scheduled for Friday, December 6, 2019, at 10:00 a.m.

      (1)    Plaintiff filed this action for declaratory and injunctive relief pursuant to Article III of the Americans with Disabilities Act ("ADA"), alleging violation of the ADA and parallel New York State and City laws on the Defendants' property.

      (2)    Plaintiff invokes the jurisdiction of the Court pursuant to 28 U.S.C. §1331. Plaintiff also invokes supplemental jurisdiction over Plaintiff's claims under the New York Executive Law and the New York City Administrative Code pursuant to 28 U.S.C. § 1367.

      (3)    There are no contemplated motions at this time.

      (4)    The parties have initiated settlement discussions and the prospect for settlement is likely.

          (i)    As per Paragraph 4, of the Initial Pretrial Order [D.E. 9], the parties met and conferred on October 30th in a good faith attempt to settle this matter.

          (ii)    The parties discussed regarding and have requested an immediate referral to the Southern District's Mediation program.

Respectfully submitted,

By: _S/ B. Bradley Weitz_             By: _S/ Zhou M. Wang_
     B. Bradley Weitz, Esq.                   Zhou M. Wang, Esq.
     THE WEITZ LAW FIRM, P.A.          Law Office of Zhou Wang
     Bank of America Building               2 East Broadway
     18305 Biscayne Blvd., Suite 214       9th Floor
     Aventura, Florida 33160                New York, NY 10038
     Telephone:  (305) 949-7777           Telephone:  (212) 966 8860
     Facsimile:   (305) 704-3877            Facsimile:  (347) 328 9358
     Email: bbw@weitzfirm.com           Email: zhoumwang@yahoo.com
     Attorney for Plaintiff                   Attorney for Super Taste Noodle Inc.